**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES WOOD, JR.,

    Plaintiff,

v.                                      CASE NO.   8:10-cv-02188-JDW-TGW

BUDZIK & DYNIA, LLC and
LVNV FUNDING, LLC,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendants, Budzik & Dynia, LLC and LVNV Funding, LLC, by and through their undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                Respectfully submitted,

                                                /s/Kenneth C. Grace
                                                Kenneth C. Grace, Esq.
                                                Florida Bar No.: 0658464
                                                Sessions, Fishman, Nathan & Israel, L.L.C.
                                                3350 Buschwood Park Drive, Suite 195
                                                Tampa, FL 33618
                                                Tele:  (813) 890-2463; Fax: (866) 466-3140
                                                kgrace@sessions-law.biz
                                                *Counsel for Defendant,*
                                                *Consumer Recovery Associates, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December 2010 a copy of the foregoing was served electronically via CM/ECF on the following:

Weisberg & Meyers, LLC
Alex D. Weisberg
5722 South Flamingo Road, Suite 656
Cooper City, FL 33330

/s/Kenneth C. Grace
Attorney

\\sfnfs02\prolawdocs\9724\9724-26786\Wood, James, Jr\300089.doc